ACCEPTED
12-14-00197-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/26/2015 1:31:36 PM
CATHY LUSK
CLERK



**D. Matt Bingham**

SMITH COUNTY COURTHOUSE
100 N. BROADWAY 4th Floor
TYLER, TEXAS 75702

April Allison Sikes, First Assistant

**Criminal District Attorney**
**Smith County**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/26/2015 1:31:36 PM
CATHY S. LUSK
Clerk

TELEPHONE: (903) 590-1720
TELECOPIER: (903) 590-1719
Michael J. West, Appellate Chief
Jennifer Garfield, Office Director

February 26, 2015

12th Court of Appeals
1517 West Front Street, ste. 354
Tyler, Texas 75702

**Re:   12-14-00197-CR, _Robinson v. State_ - State's Letter Brief.**

To the Honorable Judges,

Appellant in the above-numbered cause has filed a brief complaining about the lack of support in the Bill of Costs for court costs ordered by the trial court in this case. Specifically, Appellant complains that she was improperly charged $300.00 for an attorney fee when she was found to be indigent by the Court. (Appellant's brief at 4-6).

The Clerk's Record in this case contains a copy of the Bill of Costs (CR: 73). That document shows that the District Clerk's office imposed a $300.00 cost for "SB7 ATTY FEE FOR 7TH DISTRICT COURT" as part of the costs of court. The Court should note that the judgment adjudicating Appellant guilty does not reflect an amount including this fee being assessed, however it does appear on the face of the Bill of Costs

It cannot be disputed by the State that Appellant was found to be indigent and provided free counsel by Smith County throughout the course of this case. (CR: 13, 61, 74).

Where the record reflects a $300.00 charge in the Bill of Costs for an attorney fee, the State concedes that this cost was not properly assessed and should be modified to show court costs of $73.00 and not $373.00 as originally reflected. _See_ TEX. R. APP. P. Rule 43.2 (b) (Vernon 2015); _Brewer v. State_, 572 S.W.2d 719, 723 (Tex.Crim.App. 1978) ("Where the Court has the necessary data and evidence before it for reformation, the judgment may be reformed on appeal."); _Williams v. State_, 332 S.W.3d 694, 699 (Tex.App. - Amarillo 2011, _pet. ref'd_) (Where appellant was and remained indigent, the

trial court correctly deleted $3,500 in attorney's fees from the Bill of Costs); TEX. CODE CRIM. PROC. ANN. Art. 26.04 (p) (Vernon 2015).

Thank you,

Michael West
Asst. Criminal District Attorney
Bar I.D. No. 21203300
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the pertinent sections of the State's Reply Brief in the above numbered cause contain 291 words, an amount which complies with Texas Rule of Appellate Procedure 9.4.

Michael J. West
Asst. Criminal District Attorney
Bar I.D. No. 21203300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this *26th* day of *February*, 2015, the following have been completed:

(1) The original of the State's Letter Brief in Response to Appellant's Brief in the above numbered cause has been electronically filed with the Clerk of the Court of Twelfth Court of Appeals.

(2) A legible copy of the State's Letter Brief in Response to Appellant's Brief in the above numbered cause has been electronically served on:

Mr. James Huggler
Attorney at Law
100 East Ferguson, Ste. 805
Tyler, Texas 75702

Michael J. West
Asst. Criminal District Attorney
Bar I.D. No. 21203300
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719